United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. BANK TRUST, N.A., as Trustee for
LSF0 Master Participation Trust,

    Plaintiff,

  v.

ISRAEL GARCIA and YOLANDA
VELAZQUEZ GARCIA,

    Defendants.

No. C 16-06205 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**

The Court has reviewed the report and recommendation of Magistrate Judge Joseph C. Spero recommending remand of this action as improperly removed (Dkt. No. 5). The deadline to object has passed, and no objection was filed. This order hereby **ADOPTS** the report and recommendation and **REMANDS** the action to the Superior Court of California for the County of Contra Costa. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 30, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE